**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Lawrence Walsh, Jr.,<br>    Plaintiff<br><br>v.<br><br>NCO Financial Systems, Inc.,<br>    Defendant | Docket 3:09-cv-01134-JMM<br><br>(JUDGE JAMES M. MUNLEY)<br><br><br><br>FILED ELECTRONICALLY |

## STIPULATION OF DISMISSAL

Please dismiss this action without costs and with prejudice.

| | |
|---|---|
| s/ Kenneth W. Pennington<br>Attorney for Plaintiff<br>Kenneth W. Pennington: Bar Number PA68353<br>Sabatini Law Firm<br>Ste. 800, 142 N. Washington Ave.<br>Scranton, PA 18503-2218<br>Phone (570) 341-9000<br>Facsimile (570) 504-2769<br>Email: kpecf@bankruptcypa.com | s/ Peter Rosenzweig<br>Attorney for Defendant<br>Peter Rosenzweig: Bar Number 81759<br>Sessions, Fishman, Nathan & Israel, L.L.P.<br>1818 Market Street, Ste 3510<br>Phildelphia, PA  19103<br>Phone (215) 832-3606<br>Facsimile (215) 832-3607<br>Email: prosenzweig@sessions-law.biz. |